Alice M. Lynch, Respondent, v. William C. Armstrong, Appellant.— Judgment and order affirmed, with costs. All concurred.

Nettie Fales, Appellant, v. Charles Gilmore, Respondent.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Edwin C. Smith, as Trustee for Marvin J. Lindsay, a Bankrupt, Appellant, v. Morris Rosenbloom, Respondent.— Judgment and order affirmed, with costs. New trial to be had in Rochester Municipal Court on the 2d day of April, 1913, at ten A. M. All concurred.

Robert M. Hancock, Respondent, v. Charles E. Clark, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, etc. In the Matter of Lands Claimed to Be Injured by the Change of Grade of Fougeron and Urban Streets, and Claimed to Be Owned by the Buffalo Pitts Company and Others. (Proceeding No. 95.)* Appeal taken by grade crossing commissioners as affecting the award made to the Buffalo Pitts Company dismissed without costs, upon stipulation filed.

In the Matter of Charles A. B. Smith, an Attorney and Counselor at Law. — Issues raised by the petition and answer referred to Frank Rice, an attorney residing at Canandaigua, N. Y., to take the proofs thereon and return the same to this court together with his opinion thereon.

William T. Leighton, in Behalf of Himself and Others, Appellant, Respondent, v. Leighton Lea Association and Wendell M. Smith, Impleaded, etc., Respondents, Appellants.—Appeal taken by Wendell M. Smith and appeal taken by William T. Leighton so far as it affects the defendant Wendell M. Smith only, dismissed, without costs, upon stipulation filed.

Bessie B. Sterns, Appellant, v. Ray F. Sterns and Others, Respondents. —Appeal dismissed, without costs, upon stipulation filed.

Eugene Clinton, as Receiver of the Kelly Lumber Company, Appellant, v. The Otselic Valley Railway Company. In the Matter of the Application to Punish Benjamin F. Gladding, Respondent, for Contempt of Court.— Appeal dismissed, without costs, it appearing that the appellant has been discharged as receiver since the appeal was brought. All concurred, except McLennan, P. J., who dissented and voted for reversal of the order and granting the application to punish the respondent for contempt of court, upon the ground that the respondent was guilty of the contempt alleged.

John H. Bromsted, Respondent, v. Albert L. Hamilton, as Administrator with the Will Annexed of Edward A. Brown, Deceased, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred,

---

* See *ante*, p. 937.— [REP.